# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 4, 2023

## NO. 03-22-00268-CR

**Darrel Gene Holloway, II, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY
BEFORE JUSTICES BAKER, KELLY, AND SMITH
AFFIRMED IN PART; REVERSED AND REMANDED IN PART, MODIFIED IN PART,
AND AS MODIFIED, AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgments of conviction entered by the trial court. Having reviewed the record and the parties' arguments, and having found error requiring modification in the trial court's written judgment of conviction for aggravated assault, we modify the trial court's judgment of conviction for aggravated assault to include a deadly-weapon finding and affirm the aggravated-assault conviction as modified. The Court further affirms the trial court's judgments of conviction for felony murder and intoxication manslaughter. The court further reverses the trial court's judgment of conviction for failure to stop and render aid and remands the case regarding the charge for failure to stop and render aid for further proceedings consistent with this opinion. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.